IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-CV-2018-RPM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation;
SECURITY INSURANCE COMPANY OF HARTFORD, a Connecticut corporation;
FIRST CAPITAL AGENCY, INC., d/b/a FIRST CAPITAL GROUP, a New York corporation;
NATIONAL PROGRAM SERVICES, INC., a New Jersey corporation;
VITO B. GRUPPUSO, a New Jersey resident; and
ROGER METZGER ASSOCIATES, a New York corporation,

    Defendants,

and

RAY BALDWIN, a Texas resident;
SWAIN & BALDWIN INSURANCE, INC., a Texas corporation;
LOCKTON COMPANIES, INC., a Missouri corporation; and
LOCKTON COMPANIES OF COLORADO, INC., a Colorado corporation,

Additional parties.

---

ORDER SETTING PRETRIAL CONFERENCE

Pursuant to the hearing on June 28, 2005, it is

ORDERED that a pretrial conference is scheduled for **October 7, 2005, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  A trial date will be set. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/forms_frame.htm-PTO**.  In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**. by September 30, 2005.   It is

FURTHER ORDERED that the Order of Reference to Magistrate Judge Watanabe is vacated.

Dated: June 30, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge