IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-CV-2018-RPM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation;
SECURITY INSURANCE COMPANY OF HARTFORD, a Connecticut corporation;
FIRST CAPITAL AGENCY, INC., d/b/a FIRST CAPITAL GROUP, a New York corporation;
NATIONAL PROGRAM SERVICES, INC., a New Jersey corporation;
VITO B. GRUPPUSO, a New Jersey resident; and
ROGER METZGER ASSOCIATES, a New York corporation,

    Defendants,

and

RAY BALDWIN, a Texas resident;
SWAIN & BALDWIN INSURANCE, INC., a Texas corporation;
LOCKTON COMPANIES, INC., a Missouri corporation; and
LOCKTON COMPANIES OF COLORADO, INC., a Colorado corporation,

    Additional parties.

---

## ORDER SETTING TRIAL DATE

---

    Pursuant to the pretrial conference , it is

ORDERED that this matter is set for trial to jury on **May 30, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**

Dated: October 25, 2005

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge