IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 01-cv-02018-RPM-MJW**

APARTMENT INVESTMENT & MANAGEMENT COMPANY, a/k/a AIMCO,

Plaintiff,

v.

SECURITY INSURANCE COMPANY OF HARTFORD, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Vito B. Gruppuso's Unopposed Motion to be Excused from Attending Settlement Conference (docket no.633) is GRANTED.

Date: October 27, 2005