IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-CV-2018-RPM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation;
SECURITY INSURANCE COMPANY OF HARTFORD, a Connecticut corporation;
FIRST CAPITAL AGENCY, INC., d/b/a FIRST CAPITAL GROUP, a New York corporation;
NATIONAL PROGRAM SERVICES, INC., a New Jersey corporation;
VITO B. GRUPPUSO, a New Jersey resident; and
ROGER METZGER ASSOCIATES, a New York corporation,

    Defendants,

and

RAY BALDWIN, a Texas resident;
SWAIN & BALDWIN INSURANCE, INC., a Texas corporation;
LOCKTON COMPANIES, INC., a Missouri corporation; and
LOCKTON COMPANIES OF COLORADO, INC., a Colorado corporation,

    Additional parties.

---

ORDER GRANTING DEFENDANTS' JOINT MOTION FOR LEAVE TO DEPOSE MR. VITO B. GRUPPUSO

---

Pursuant to Defendants' Joint Motion for Leave to Depose Mr. Vito B. Gruppuso (Doc. 651-1), filed on March 6, 2006, it is

ORDERED that the motion is granted and the Final Pretrial Order is modified to reopen discovery for the limited purpose of completing the deposition of Mr. Vito B. Gruppuso.

Dated: March 8th, 2006.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge