IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-CV-2018-RPM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation;
SECURITY INSURANCE COMPANY OF HARTFORD, a Connecticut corporation;
FIRST CAPITAL AGENCY, INC., d/b/a FIRST CAPITAL GROUP, a New York corporation;
NATIONAL PROGRAM SERVICES, INC., a New Jersey corporation;
VITO B. GRUPPUSO, a New Jersey resident; and
ROGER METZGER ASSOCIATES, a New York corporation,

    Defendants,
and

RAY BALDWIN, a Texas resident;
SWAIN & BALDWIN INSURANCE, INC., a Texas corporation;
LOCKTON COMPANIES, INC., a Missouri corporation; and
LOCKTON COMPANIES OF COLORADO, INC., a Colorado corporation,

Additional parties.

**Minute Order Entered by Senior District Judge Richard P Matsch:**

s/M.V. Wentz
 Secretary

    Mr. Trigg having advised the Court by telephone on March 29, 2006, that this case has been settled, the May 30, 2006, trial date is vacated and pending motions are terminated.  Counsel shall file settlement papers by April 17, 2006.

Dated: March 30, 2006