IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-CV-2018-RPM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation,

   Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation;
SECURITY INSURANCE COMPANY OF HARTFORD, a Connecticut corporation;
FIRST CAPITAL AGENCY, INC., d/b/a FIRST CAPITAL GROUP, a New York corporation;
NATIONAL PROGRAM SERVICES, INC., a New Jersey corporation;
VITO B. GRUPPUSO, a New Jersey resident; and
ROGER METZGER ASSOCIATES, a New York corporation,

   Defendants,

and

RAY BALDWIN, a Texas resident;
SWAIN & BALDWIN INSURANCE, INC., a Texas corporation;
LOCKTON COMPANIES, INC., a Missouri corporation; and
LOCKTON COMPANIES OF COLORADO, INC., a Colorado corporation,

   Additional parties.

_____

ORDER FOR DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation of Dismissal (Doc. #678), filed on July 31, 2006, it is

ORDERED that this action is dismissed with prejudice as to all claims brought between and against all parties, each party to bear its own costs.

Dated: July 31st, 2006.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge